IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON ROBINSON                                    CIVIL ACTION

           v.

LANCASTER COUNTY PROSECUTOR,                      NO. 13-1261
et al.

FILED

APR 01 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 1st day of April, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1.  Plaintiff's motion to proceed in forma pauperis is GRANTED.

2.  Plaintiff, Aaron Robinson, #12-0561, shall pay the full filing fee of $350 in installments.  Based on the financial information provided by plaintiff, an initial partial filing fee of $34.58 is assessed.  The Warden or other appropriate official at the Lancaster County Prison or at any other prison at which plaintiff may be incarcerated is directed to deduct $34.58 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-1261.  After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Lancaster County Prison or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than

20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 13-1261.

    3.    Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons discussed in the Court's Memorandum.

    4.    The Clerk of Court is directed to send a copy of this order to the Warden of the Lancaster County Prison.

    5.    The Clerk of Court shall CLOSE this case.


                    BY THE COURT:

                    /s/ Legrome D. Davis
                    _____
                    LEGROME D. DAVIS, J.